
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEEMA ALI, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY J. BLINKEN, Secretary of the United States Department of State, *et al.*, <br><br> Defendants. | C 4:22-04254 HSG <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

    Plaintiffs, appearing *pro se*, and Defendants, by and through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until November 22, 2022. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this complaint seeking adjudication of the I-130, Petition for Alien Relative, filed by Plaintiff Seema Ali's mother, Saddiqa Ali, on behalf of her son, Mohammad Atiq Aara. United States Citizenship and Immigration Services reaffirmed the petition on September 19, 2022, and it is being sent back to the Department of State for processing.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

November 22, 2022, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: September 21, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: September 21, 2022

  see attached
SEEMA ALI
MOHAMMAD ATIQ
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

November 22, 2022, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated:

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: 9.21.2022

_____
SEEMA ALI
MOHAMMAD ATIQ
*Pro Se*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/22/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**Stipulation to Stay Proceedings; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

Seema Ali
4340 Solano Way
Union City, CA  94587

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: September 21, 2022

TIFFANI CHIU
Paralegal Specialist

Stip to Stay Proceedings
C 4:22-cv-04254 HSG                            3