UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEEMA ALI, et al.,

        Plaintiffs,

v.

ANTHONY J BLINKEN, et al.,

        Defendants.

Case No. 22-cv-04254-HSG

**ORDER CONTINUING STAY**

Re: Dkt. No. 9

In light of the joint status report filed on November 16, 2022, the Court **CONTINUES** the stay until January 23, 2023. *See* Dkt. No. 9. The parties are **DIRECTED** to file a joint status report of no more than two pages by that date.

**IT IS SO ORDERED.**

Dated: 11/17/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge